# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 174 EAL 2019

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

CORNELL J. SUTTON, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.